# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **CYNTHIA HRNYAK, et al.** | ) | Case No. 1:08CV2642 |
| **Plaintiffs,** | ) | |
| **v.** | ) | **JUDGE JAMES GWIN** |
| **MID-WEST NATIONAL LIFE INSURANCE COMPANY OF TENNESSEE,** | ) | **DEFENDANT'S MOTION FOR PRO HAC VICE ADMISSION OF ANDREW G. JUBINSKY.** |
| **Defendant.** | ) | |

Defendant, Mid-West National Life Insurance Company of Tennessee, by and through its Ohio counsel, Black, McCuskey, Souers & Arbaugh, hereby moves this Court for permission to allow Andrew G. Jubinsky of the law firm of Figari & Davenport, LLP of Dallas, Texas to appear and participate in the above-captioned case for purposes of representing Defendant.

Mr. Jubinsky is a member in good standing of the Bar of the State Bar of Texas, the United States District Courts for the Northern, Southern, Eastern and Western Districts of Texas, and the United States Court of Appeals for the Fifth Circuit. A copy of his Certificate of Good Standing for the United States District Court for the Northern District of Texas is attached hereto as **"Exhibit A."** Moreover, Mr. Jubinsky shall be working with Defendant's Ohio counsel, Black McCuskey, Souers & Arbaugh, throughout the pendency of this matter. Defendant further requests that Mr. Jubinsky be added to the Court's electronic filing system, and to that end provides Mr. Jubinsky's information as follows:

Andrew G. Jubinsky (Texas Bar No. 11043000)
FIGARI & DAVENPORT, LLP
3400 Bank of America Plaza
901 Main St.
Dallas, Texas 75202
214-939-2000
214-939-2090 (fax)
andy.jubinsky@figdav.com

Mr. Jubinsky's $100.00 admission fee is being submitted to this Court contemporaneously with the filing of this Motion.

        Respectfully submitted,

        BLACK, McCUSKEY, SOUERS & ARBAUGH

        By:/s/ Gust Callas
        Gust Callas (#0015815)
        James M. Wherley, Jr. (#0073932)
        220 Market Avenue S., Suite 1000
        Canton, Ohio 44702
        Telephone:   (330) 456-8341
        Telefax:      (330) 456-5756
        E-Mail:       gcallas@bmsa.com
        E-Mail:       jwherley@bmsa.com

*Counsel for Defendant, Mid-West National Life Insurance Company of Tennessee*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this 9th day of January, 2009, via this Court's electronic filing system upon the following:

Daniel P. Goetz
WEISMAN, KENNEDY & BERRIS CO., L.P.A.
1600 Midland, 101 Prospect Avenue West
Cleveland, Ohio 44115

/s/ Gust Callas
*Counsel for Defendant, Mid-West National Life Insurance Company of Tennessee*

G:\jmw\Midwest National\MotionProHacVice --Jubinsky- from Counsel (1-9-09).DOC\1/9/09\njc